IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| H. OLIVIA LORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:11-CV-3241-M |
| | § | |
| DWAYNE A. THOMPSON, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION IN LIMINE

TO THE HONORABLE COURT:

Plaintiff Olivia Lord files her Motion in Limine and before commencement of the voir dire examination of the jury panel, respectfully moves that counsel for the Defendant, and through such counsel, all defense witnesses be instructed by an appropriate order of the Court to refrain from making any mention or interrogation, directly or indirectly, to attempt to introduce, in any manner whatsoever, the following types of evidence in voir dire examination of the jurors, in opening statements, presentation of evidence, arguments before the Court, final argument, or at any other time.

Plaintiff would show that her Motion in Limine should be granted because the types of evidence listed are irrelevant to the issues involved, or are otherwise not admissible because the possible probative value of the evidentiary materials listed in this motion is far outweighed by its prejudicial effect.

Plaintiff requests that counsel for Defendant refrain from mentioning the following matters without first approaching the bench and obtaining a ruling of the Court outside the presence and hearing of the jury, or of all prospective jurors during voir dire.

The following matters should be prohibited and would not be admissible for any purpose in this case.

1. Any prior criminal history of the Plaintiff, including any arrests or criminal charges other than the arrest that is the subject of this lawsuit.

    IT IS ORDERED:

    _____         _____
    SUSTAINED               OVERRULED

    MODIFIED: _____

2. Any previous lawsuit in which the Plaintiff was a party.

    IT IS ORDERED:

    _____         _____
    SUSTAINED               OVERRULED

    MODIFIED: _____

3. Any statements or opinions by Dr. Reade Quinton concerning whether Thompson's representation to Dr. Quinton of blowback (blood spatter) on Plaintiff was an intentional misrepresentation or not..

    IT IS ORDERED:

    _____         _____
    SUSTAINED               OVERRULED

    MODIFIED: _____

WHEREFORE, Plaintiff respectfully requests that this motion be granted, and that the Court enter an appropriate Order precluding Defendant's counsel and his witnesses from alluding to any of the matters ruled upon and set forth in this motion.

                        Respectfully submitted,

                        By:   */s/ Don Tittle*
                              Don Tittle
                              Texas Bar No. 20080200
                        LAW OFFICES OF DON TITTLE, PLLC
                        6301 Gaston Avenue, Suite 440
                        Dallas, Texas  75214
                        214/522-8400
                        214/389-1002 - Fax
                        dontittle@earthlink.net

                        *ATTORNEY FOR PLAINTIFF*
                          *OLIVIA LORD*

## CERTIFICATE OF SERVICE

I certify that on December 30, 2013, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Tatia R. Wilson
    Jason G. Schuette
    City Attorney's Office
    1500 Marilla Street, Room 7B North
    Dallas, Texas  75201

                                      */s/ Don Tittle*
                                      Don Tittle